UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08C3324

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that on April 10, 2008, 08 C 2358, Kusumo et al. vs The Boeing Co. et al., and 08 C 2359, Laksono et al. vs The Boeing Co. et al., were assigned to the Hon. John F. Grady as part of MDL 1925, *In re Air Crash Near Medan, Indonesia, on September 5, 2005*, and

It further appearing that case numbers 08 C 3324 and 08 C 3325 were subsequently used in error to assign the same documents to Judge John F. Grady that were filed in 08 C 2358, *Kusumo et al vs The Boeing Co. et al.*, and 08 C 2359, *Laksono et al. vs The Boeing Co. et al.*, respectively, therefore,

It is hereby ordered that the assignment of case numbers 08 C 3324 and 08 C 3325 to the Hon John F. Grady, shall be vacated, and that these case numbers shall not be used for any other proceeding.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge

Dated at Chicago this 8th day of July, 2008